1  THOMAS E. FRANKOVICH (State Bar #074414)
   JESSICA A. DAYTON (State Bar #231698)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA   94109
4  Telephone:      415/674-8600
   Facsimile:      415/674-9900
5
   Attorneys for Plaintiffs
6  JAREK MOLSKI
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION
   SERVICES: HELPING YOU
8  HELP OTHERS

9
                    UNITED STATES DISTRICT COURT          *E-FILED - 10/21/05*
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
   JAREK MOLSKI, an individual; and        )   **CASE NO. C04-1943 RMW**
12 DISABILITY RIGHTS ENFORCEMENT,          )
   EDUCATION SERVICES:HELPING              )
13 YOU HELP OTHERS, a California public     )   **STIPULATION OF DISMISSAL**
   benefit corporation,                    )   AND ORDER
14                                          )
          Plaintiffs,                       )
15                                          )
   v.                                       )
16                                          )
   KING & I INVESTMENT GROUP, a            )
17 California corporation and DELORES M.    )
   WEST and ELAINE C. WEST,                )
18 individually and as trustees of the     )
   WILLIAM M. & DELORES M. WEST            )
19 REVOCABLE TRUST,                        )
                                            )
20        Defendants.                       )
   _____)
21
           The parties, by and through their respective counsel, stipulate to dismissal of
22
   this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms
23
   of the Settlement Agreement and General Release ("Agreement"), each party is to bear its own
24
   costs and attorneys' fees.  The parties further consent to and request that the Court retain
25
   jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511
26
   U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
27
   settlement agreements).
28

   STIPULATION OF DISMISSAL                              CV04-7943 RMW

1   Therefore, IT IS HEREBY STIPULATED by and between parties to this action

2   through their designated counsel that the above-captioned action be and hereby is dismissed

3   with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4   This stipulation may be executed in counterparts, all of which together shall constitute

5   one original document.

6   DATED: October 12, 2005                    *THOMAS E. FRANKOVICH,*
                                               *A PROFESSIONAL LAW CORPORATION*

7

8
                                               By: _____/s/_____
9                                                    JESSICA A. DAYTON
                                               Attorneys for Plaintiffs JAREK MOLSKI and
10                                             DISABILITY RIGHTS ENFORCEMENT,
                                               EDUCATION SERVICES: HELPING YOU HELP
11                                             OTHERS

12
    DATED: October 12, 2005                    *HINKLE, JACHIMOWICZ, POINTER & MAYRON*
13                                             *ATTORNEYS AT LAW*

14
                                               By: _____/s/_____
15                                                    GERALD A. EMANUEL
                                               Attorneys for Defendants KING & I
16                                             INVESTMENT GROUP, a California corporation

17
    DATED: October 13, 2005                    *BERLINER COHEN*
18                                             *ATTORNEYS AT LAW*

19
                                               By: _____/s/_____
20                                                    LAURA A. PALAZZOLO
                                               Attorneys for Defendants DELORES M. WEST and
21                                             ELAINE C. WEST, individually and as trustees of
                                               the WILLIAM M. & DELORES M. WEST
22                                             REVOCABLE TRUST

23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

    STIPULATION OF DISMISSAL                          CV04-7943 RMW              2

1

**O R D E R**

2      IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to

3 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

4 the purpose of enforcing the parties' Settlement Agreement and General Release should such

5 enforcement be necessary.

6
DATED: ____10/21_____, 2005
7

8
/S/ RONALD M. WHYTE
9 _____
HON. RONALD M. WHYTE
United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL                                CV04-7943 RMW            3